Order entered November 20, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00964-CR

**CHARLES RAY BACON, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-31310-S

## ORDER

The Court **GRANTS** appellant's November 18, 2012 motion to abate the appeal and remand to the trial court for preparation of the trial court's findings of fact and conclusions of law on appellant's motion to suppress blood evidence.

This appeal is **ABATED** to allow the trial court to file its findings of fact and conclusions of law. The appeal shall be reinstated **THIRTY DAYS** from the date of this order or when the findings and conclusions are received, whichever is earlier.

LANA MYERS
JUSTICE